

**FILED**

FEB 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v<br><br>DENNIS WILLIAM ESTES, and KEVIN WEBBER,<br><br>    Defendants. | Case No. 2:12-mj-0056 CKD<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

## O R D E R

Pursuant to Local Rule 141(f) and the Government's Motion to Unseal the Criminal Complaint, the Court finds good cause to unseal the Criminal Complaint in this matter. Accordingly, **IT IS HEREBY ORDERED** that the Criminal Complaint against Dennis William ESTES and Kevin WEBBER in Case No. 2:12-mj-0056 CKD, be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: February 24, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE