**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:12-mj-0056-EFB |
| Plaintiff, | |
| vs. | **ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE** |
| Kevin Webber, | |
| Defendant | |

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the following conditions shall be added to defendant Kevin Webber's Special Conditions of Release:

1. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

2. You shall refrain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial

- 3 -

1 | Services immediately of any prescribed medication(s).  However, medicinal marijuana,
2 | prescribed or not, may not be used.
3 | 3.  You shall submit to drug or alcohol testing as directed by the pretrial services officer.

**IT IS SO ORDERED.**

**Dated:  March 6, 2012**

_____
**EDMUND F. BRENNAN**
United States Magistrate-Judge